UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 12-80013-T/P-HURLEY

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

JOHNNY L. GARDNER,

    Defendant.
_____/

FILED by _____ D.C.

AUG 17 2012

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

## REPORT AND RECOMMENDATION

    THIS CAUSE is before the Court for a final probable cause hearing on a petition for violations of supervised release. The Defendant, JOHNNY L. GARDNER, appeared before the Court on July 6, 2012, represented by AFPD Samuel Smargon. The Defendant is charged with seven violations: (1) on 5/29/12 committing possession of marijuana; (2) on 5/29/12 committing resisting arrest without violence; (3) on 6/1/12 committing possession of cocaine with intent to sell; (4) on 6/1/12 committing possession of marijuana with intent to sell; (5) on 6/1/12 committing possession of controlled substance; (6) on 5/31/12 testing positive for cocaine, marijuana, amphetemines and opiates; and (7) on 6/7/12 testing positive for cocaine and marijuana. The defendant admitted to all of the violations except violations 3-5 wherein the defendant admitted to the lesser included offenses of simple possession. The Government agreed and explained that the amounts of drugs recovered were small, they were found in a car belonging to the Defendant's girlfriend, no fingerprints were on the drugs, and the state dropped the charges.

    The Court finds that the Defendant knowingly, intelligently, and voluntarily admits to violating his supervised release and would like to proceed to sentencing. The Court also finds

that the Defendant knowingly, intelligently, and voluntarily waives his rights to a final probable cause hearing.

The Court **RECOMMENDS** that the District Court accept the Defendant's admission and find the Defendant guilty of the seven violations except violations 3-5 wherein the Court **RECCOMMENDS** the defendant be found guilty of the lesser included offenses of simple possession.

Pursuant to Local Magistrate Rule 4(b), a party shall serve and file written objections, if any, to this Report and Recommendation with the Honorable Senior United States District Court Judge Daniel T.K. Hurley within fourteen days of being served with a copy of this Report and Recommendation. Failure to file timely objections may limit the scope of appellate review of factual findings contained herein. *See United States v. Warren*, 687 F.2d 347, 348 (11th Cir.1982), *cert. denied*, 460 U.S. 1087 (1983).

**DONE and SUBMITTED** in Chambers at West Palm Beach in the Southern District of Florida, this 17 day of August, 2012.

*James M. Hopkins*

_____
JAMES M. HOPKINS
UNITED STATES MAGISTRATE JUDGE

Copies to:
Honorable Daniel T.K. Hurley, Senior United States District Judge
Counsel of record
U.S. Marshal
U.S. Probation
Clerk of Court