UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 12-80013-Tp-Hurley

UNITED STATES OF AMERICA,

v.

JOHNNY LEE GARDNER, III,

    Defendant.
_____/

REPORT & RECOMMENDATION

Defendant, JOHNNY LEE GARDNER, III, came before the Court on January 21, 2014, represented by counsel, for an initial hearing on violation of supervised release. The Defendant was originally convicted of being a felon in possession of a firearm, in violation of 18 U.S.C. § 922(g). On June 23, 2005, he was sentenced to 87 months imprisonment, followed by 3 years of supervised release.

After serving the prison portion of his sentence, the Defendant began his term of supervised release on October 17, 2011. Defendant's supervised release was revoked and he was sentenced to 8 months in prison, followed by 27 months of supervised release. Defendant's most recent period of supervision began on March 12, 2013. Defendant is now charged with violating his supervised release by: (1) unlawfully possessing a controlled substance; (2) failing to participate in an approved treatment program; (3) failing to follow the instructions of the probation officer; (4) failing to refrain from a violation of the law; and (5) leaving the judicial district without first securing permission of the probation officer.

At the hearing, Defendant freely admitted violations 1, 2, 3, and 5, and denied violation 4. The Government presented no evidence about violation 4, which was dismissed at the state

1

level. Through counsel, he stated his wish to proceed to sentencing as soon as possible. Accordingly, the Court RECOMMENDS that the District Court accept Defendant's admissions and find the Defendant guilty of committing the violations of supervised release 1, 2, 3, and 5, and dismiss violation 4. The Court further RECOMMENDS that this matter be set down for sentencing before U.S. District Judge Daniel T.K. Hurley.

A party shall serve and file written objections, if any, to this Report and Recommendation with U.S. District Judge Daniel T. K. Hurley, within 14 days after being served with a copy. *See* 28 U.S.C. § 636(b)(1)(C). Failure to file timely objections may limit the scope of appellate review of factual findings contained herein. *See U.S. v. Warren*, 687 F.2d 347, 348 (11th Cir. 1982) cert. denied, 460 U.S. 1087 (1983).

DONE and SUBMITTED in Chambers at West Palm Beach in the Southern District of Florida, this 23rd day of January, 2014.

                                                                  _____
                                                                  DAVE LEE BRANNON
                                                                  U.S. MAGISTRATE JUDGE