## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO.  12-80013-T/P-HURLEY

**UNITED STATES OF AMERICA,**
        **Plaintiff,**

**v.**

**JOHNNY LEE GARDNER, III,**
        **Defendant.**
-------------------------------------------/

### ORDER ADOPTING REPORT AND RECOMMENDATIONS
### AND SETTING SENTENCING HEARING

THIS CAUSE comes before the court upon written report from the United States Probation Office that the above named defendant violated the conditions of supervision and upon the Report and Recommendations of a United States Magistrate Judge, [DE 35], dated January 23, 2014.  Upon consideration, it is

**ORDERED** and **ADJUDGED** that:

1.  The Magistrate Judge's Report and Recommendations are **adopted**.

2.  A sentencing hearing will be conducted on **Wednesday, February 26, 2014,** at **9:00 a.m.** in Courtroom 5 at the U.S. Courthouse, 701 Clematis Street, West Palm Beach, Florida.

**DONE** and **SIGNED** in Chambers at West Palm Beach, Florida this 24th day of February, 2014.

**copy furnished:**
AUSA Susan R. Osborne
AFPD Robin C. Rosen-Evans
United States Marshal's Service
United States Probation Office

Daniel T. K. Hurley
United States District Judge